**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 2:15-CR-68 |
| ) | |
| BERNARD HAMILTON, SR., ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty (DE #22) filed on September 23, 2015. No objections have been filed to Magistrate Judge Rodovich's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant Bernard Hamilton, Sr., and **FINDS** the Defendant guilty of Count 1 of the Indictment, in violation of Title 18 U.S.C. § 922(g)(1).

This matter is set for sentencing on December 17, 2015, at 1:00 p.m.

**DATED: October 16, 2015**          /s/RUDY LOZANO, Judge
                                      **United States District Court**